## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 23-3159 |
| PLAINTIFF ) | |
| ) | |
| VS. ) | |
| ) | |
| ETHAN NORDEAN, ET AL ) | |
| DEFENDANTS ) | JANUARY 12, 2026 |

## AFFIDAVIT OF APPELLANT JOSEPH BIGGS

1. I am one of several appellants in the instant appeal and was a defendant in the underlying District Court conviction and judgment giving rise to this appeal.

2. I was represented at trial, and am represented on appeal, by Attorney Norman Pattis.

3. My appellate brief is currently due to be filed on February 12, 2026.

4. I am seeking to withdraw this appeal after discussions with Attorney Pattis.

5. Although I was sentenced to a period of imprisonment of 17 years, President Donald Trump commuted my sentence by way of an executive order in January 2025.

1

6. I am presently seeking a pardon from President Trump and have a completed pardon application pending in the Justice Department. It is my hope that the president will sign the pardon so that my military disability pension will be restored. The pension was awarded in part due to injuries I suffered in overseas combat for which I was awarded a Purple Heart.

7. I am fully aware that withdrawal of the appeal will conclude the litigation arising from the Government's decision to prosecute me for my conduct on January 6, 2021.

8. I am electing to file this withdrawal because I want to avoid the potential risk of another trial should I, in fact, prevail on appeal.

9. No one has promised me consideration of any kind to withdraw the appeal. I am simply weary of the endless litigation, have lost confidence in the Justice Department's commitment to see that justice is done, and do not want ever again to step foot in a courtroom in the District of Columbia.

10. I have had adequate time to discuss this with my attorney, Sand I am not seeking costs for the appeal from the Government.

_____
Joseph R. Biggs

Subscribed to and sworn before me this 14 day of January, 2026.

*Rosanna Burton*
NOTARY PUBLIC



STATE OF FLORIDA
COUNTY OF Volusia
The foregoing instrument was acknowledged before me this 14th day of Jan 20 26 by means of ☒ Physical Presence OR ☐ Online Notarization
By Joseph Randall Bigg
(Name of Affiant)
*Rosanna Burton* (Seal)
(Signature of Florida Notary Public)
Rosanna Burton
(Print name of Notary Public)
☐ Personally Known OR ☒ Produced Identification
Type of Identification Produced FL DL

B206·272·46·400·0

ROSANNA BURTON
Commission # HH 220567
Expires January 25, 2026