**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO. 23-3159** |
| **PLAINTIFF** ) | |
| ) | |
| **VS.** ) | |
| ) | |
| **ETHAN NORDEAN, ET AL** ) | |
| **DEFENDANTS** ) | **MARCH 26, 2026** |

_____

## RENEWED CONSENT MOTION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)(2) AND LOCAL RULE 42

The Appellant, **JOSEPH R. BIGGS**, through undersigned counsel, Norman A. Pattis, respectfully moves this Court to dismiss his appeal under Fed. R. App. 42(b)(2) and Local Rule 42; and provides the following in support:

The government conveyed in an email on January 15, 2026, that it has no objection to Mr. Biggs filing this Motion to Dismiss under Fed. R. App. P. 42(b).

Mr. Biggs filed a timely appeal of an 18 U.S.C. § 2255 decision by the district court.

The undersigned has been involved with coordinating the Appellant's Brief and Joint Appendix, both of which are due on February 12, 2026.

Undersigned counsel for Mr. Biggs had the opportunity to discuss the consequences of voluntary dismissal. Mr. Biggs attests in the attached affidavit that he is fully aware of the circumstances of his case. Given the President's

1

commutation issued to Mr. Biggs on January 20, 2025, he wishes to voluntarily dismiss his appeal since this Court has no further relief it may afford to him under his § 2255 appeal.

## CONCLUSION

WHEREFORE, appellant Joseph R. Biggs respectfully requests that the Court dismiss the appeal.

March 26, 2026                                        RESPECTFULLY SUBMITTED,


                                            **/s/     *Norman A. Pattis, Esq.***
                                            Norman A. Pattis, Esq.
                                            Pattis & Paz, LLC
                                            171 Orange St., 2nd Floor
                                            New Haven, CT  06511
                                            Telephone:  203-393-3017
                                            Fax:           203-393-9745
                                            Email:  npattis@pattispazlaw.com

## CERTIFICATE OF COMPLIANCE

1.     I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. (27)(d)(2)(A) of the Federal Rules of Appellate Procedure.  As measured by the undersigned's word processing system used to prepare this motion, this motion contains 406 words.

2.     This document complies with the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in 14 point proportionally spaced roman style typeface (Times New Roman).


 March 26, 2026                          */s/     Norman A. Pattis, Esq.*
                                         Norman A. Pattis
                                         Appellant's Counsel


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

March 26, 2026

                                         */s/     Norman A. Pattis, Esq.*
                                         Norman A. Pattis
                                         Appellant's Counsel

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | ) | CASE NO. 23-3159 |
| | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| ETHAN NORDEAN, ET AL | ) | |
| DEFENDANTS | ) | MARCH _16_, 2026 |

### AFFIDAVIT OF APPELLANT JOSEPH BIGGS

1.    I am one of several appellants in the instant appeal and was a defendant in the underlying District Court conviction and judgment giving rise to this appeal.

2.    I was represented at trial, and am represented on appeal, by Attorney Norman Pattis.

3.    My appellate brief is currently due to be filed on February 12, 2026.

4.    I am seeking to withdraw this appeal after discussions with Attorney Pattis.

5.    Although I was sentenced to a period of imprisonment of 17 years, President Donald Trump commuted my sentence by way of an executive order in January 2025.

6.    I am presently seeking a pardon from President Trump and have a completed pardon application pending in the Justice Department. It is my hope that the president will sign the pardon so that my military disability pension will be restored.

1

The pension was awarded in part due to injuries I suffered in overseas combat for which I was awarded a Purple Heart.

7.     I am fully aware that withdrawal of the appeal will conclude the litigation arising from the Government's decision to prosecute me for my conduct on January 6, 2021.

8.     I am electing to file this withdrawal because I want to avoid the potential risk of another trial should I, in fact, prevail on appeal.

9.     No one has promised me consideration of any kind to withdraw the appeal. I am simply weary of the endless litigation, have lost confidence in the Justice Department's commitment to see that justice is done, and do not want ever again to step foot in a courtroom in the District of Columbia.

10.     I have had adequate time to discuss this with my attorney, and I am not seeking costs for the appeal from the Government.

Joseph R. Biggs

Subscribed to and sworn before me this ⟋ day of March, 2026.

ELOY C. FRANCHELLA
Commission # HH 682299
Expires June 1, 2029

NOTARY PUBLIC

2